## TRANSMITTAL SHEET FOR WITHDRAWAL OF REFERENCE TO U.S.

## DISTRICT COURT FOR THE DISTRICT OF DELAWARE

Adversary Case:   03-56886 (PBL)
Related BK Case: 01-10954 (WS)

Deputy Clerk Transferring Case: **Sherry A. Johnson**

Case Type:  Motion For Withdraw of Reference

**Parties:**          **American Classic Voyages Co., et Debtors, by and
                  through Paul Gunther, Plan Administrator -v- Westaff**

**Plaintiff's Counsel:**          **Joseph J. Bodnar, Esq. (***LEAD ATTORNEY***)**

                                   Monzack and Monaco, P.A.

                                   1201 Orange St.

                                   Suite 400

                                   Wilmington, DE 19801

                                   (302) 656-8162

                                   Fax: (302) 656-2769

                                   Email: jbodnar@monlaw.com

**Defendant's Counsel:**          **J Jackson Shrum**

                                   **James E. Huggett**

                                   Harvey, Pennington Ltd

                                   913 N. Market Street

                                   Suite 702

                                   Wilmington, DE 19801

                                   (302) 351-1122

                                   Fax:  (302) 428-0734

                                   Email: jshrum@harvpenn.com

                                           Jhuggett@harvpenn.com