IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN CLASSIC VOYAGES CO., *et al.*,<br><br>Debtors. | District Court Case No.<br><br>Chapter 11<br>Bankruptcy Court<br>Case No. 01-10954 (LHK)<br>(Jointly Administered) |
| AMERICAN CLASSIC VOYAGES CO., *et al.*,<br>DEBTORS, by and through PAUL GUNTHER,<br>PLAN ADMINISTRATOR,<br><br>Plaintiff,<br>v.<br><br>WESTAFF,<br><br>Defendant. | Adv. Pro. No. 03-56886 (PBL)<br><br>**Civil Action No. _____ ( )** |

### NOTICE OF COMPLETION OF BRIEFING

PLEASE TAKE NOTICE THAT the undersigned counsel for Defendant Westaff has filed its *Motion for Withdrawal of Reference* (D.I. No. 46, filed 7/8/05) (the "Motion") in the above-noted adversary proceeding. In accordance with the Chambers Procedures and the local rules of this Court, briefing is now complete, consisting of the following pleadings.

1. *Objection to Defendant's Motion to Withdraw the Reference* (D.I. No. 49, filed 7/18/05);

2. *Defendant's Reply to Plaintiff's Response to Defendant's Motion to Withdraw the Reference* (D.I. No. 51, filed 7/26/05).

The Defendant respectfully requests that the Court issue a decision on the Motion at its earliest convenience. The Defendant is available for oral argument should the Court so desire.

715524-1

                                      Respectfully submitted,

                                      HARVEY, PENNINGTON LTD.

Dated: August 2, 2005        By:  /s/ *James E. Huggett*
                                            James E. Huggett, Esquire (# 3956)
                                            "J" Jackson Shrum, Esquire
                                            John P. Hartley, Esquire
                                            Patrick Cosgrove, Esquire
                                            913 N. Market Street, 7th Floor
                                            Wilmington, Delaware 19801
                                            (302) 351-1125 (telephone)
                                            (302) 351-1919 (fax)
                                            james.huggett@harvpenn.com

                                            *Counsel to Westaff (USA), Inc.*

715524-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN CLASSIC VOYAGES CO., *et al.*,<br><br>Debtors. | District Court Case No.<br><br>Chapter 11<br>Bankruptcy Court<br>Case No. 01-10954 (LHK)<br>(Jointly Administered) |
| AMERICAN CLASSIC VOYAGES CO., *et al.*, DEBTORS, by and through PAUL GUNTHER, PLAN ADMINISTRATOR,<br><br>Plaintiff,<br><br>v.<br><br>WESTAFF,<br><br>Defendant. | Adv. Pro. No. 03-56886 (LHK)<br><br>**Civil Action No. _____ ( )** |

## CERTIFICATE OF SERVICE

I, James E. Huggett, Esquire, hereby certify that on August 2, 2005, I served a copy of the *Notice of Completion of Briefing* on the parties listed on the attached service list, in the manner there indicated.

/s/ *James E. Huggett*
James E. Huggett, Esquire (# 3956)

715524-1

**Via First Class Mail and/or via CM/ECF**

Joseph J. Bodnar, Esquire
Monzack and Monaco, P.A.
1201 Orange Street, Suite 400
Wilmington, Delaware 19801

715524-1