IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : Chapter 11 |
| AMERICAN CLASSIC VOYAGES CO., | : |
| et al., | : Bankruptcy Case No. 01-10954- |
| | : LHK |
| Debtors | : |
| _____ | : _____ |
| AMERICAN CLASSIC VOYAGES CO., | : |
| et al., DEBTORS, by and through | : |
| PAUL GUNTHER, PLAN ADMINISTRATOR, | : |
| | : Adversary No. 03-56886-PBL |
| Plaintiff, | : |
| | : Civil Action No. 05-619-JJF |
| v. | : |
| | : |
| WESTAFF (USA), INC., | : |
| | : |
| Defendant. | : |

O R D E R

At Wilmington, this 7 day of February, 2006, for the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that Defendant Westaff (USA), Inc.' Motion To Withdraw The Reference (D.I. 1) is **DENIED**.

UNITED STATES DISTRICT JUDGE